NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME P. DIXON, | ) | C 10-01304 JF (PR) |
| Petitioner, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| JOHN MARSHALL, Warden, | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the June 2008 Board of Prison Terms' decision finding him unsuitable for parole. The parole hearing occurred at the California Men's Colony - East in San Luis Obispo, California, where Petitioner is currently incarcerated. The prison is located within the venue of the Western Division of the Central District of California. 28 U.S.C. § 84(c)(2).

Venue in a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence, such as a parole denial claim. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

Order of Transfer
P:\PRO-SE\SJ.JF\HC.10\Dixon01304_transfer.wpd          1

1  Accordingly, this case is TRANSFERRED to the United States District Court for the
2  Central District of California, the location of Petitioner's confinement.  See 28 U.S.C. §
3  1404(a); Habeas L.R. 2254-3(b)(1).
4      The Clerk shall terminate any pending motions and transfer the entire file to the
5  Western Division of the Central District of California.
6      IT IS SO ORDERED.
7  DATED: __7/19/10_____

   _____
   JEREMY FOGEL
8  United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JF\HC.10\Dixon01304_transfer.wpd                2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEROME P DIXON,

        Petitioner,

v.

JOHN MARSHALL, Warden,

        Respondent.

Case Number: CV10-01304 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/26/10, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome P. Dixon H64249
California Men's Colony-East
P.O. Box 8101
San Luis Obispo, CA 93409

Dated: 7/26/10

                              Richard W. Wieking, Clerk