**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEROME O. DIXON, | ) | NO. CV 10-5588-GAF (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JOHN MARSHALL, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 27, 2012.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE